*Alker, Jr.* for petitioners. *Allen S. Olmsted, 2nd,* and *Edwin C. Emhardt* for respondent.

No. 441. RIGGS DEVELOPMENT CO. ET AL. *v.* DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Jacob N. Halper* for petitioners. *Vernon E. West, Chester H. Gray* and *Harry L. Walker* for respondent.

No. 405. TAYLOR *v.* TENNESSEE. Supreme Court of Tennessee. Certiorari denied. *L. E. Gwinn* for petitioner. *Roy H. Beeler,* Attorney General of Tennessee, *W. F. Barry, Jr.,* Solicitor General, and *J. Malcolm Schull,* Assistant Attorney General, for respondent.

No. 263, Misc. LA COCO *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Charles A. Bellows* for petitioner.

No. 287, Misc. GOODMAN *v.* SWENSON, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 290, Misc. ODDO *v.* FOSTER, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 32. GREAT ATLANTIC & PACIFIC TEA CO. *v.* SUPERMARKET EQUIPMENT CORP., *ante,* p. 147. Rehearing denied.

No. 391. BAILEY *v.* WEST VIRGINIA, *ante,* p. 905. Rehearing denied.

No. 81, Misc., October Term, 1949. EAGLE *v.* CHERNEY ET AL., 338 U. S. 837. Fourth petition for rehearing denied.